JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DAVID M. B., <br>       Plaintiff, <br>    v. <br> MARTIN J. O'MALLEY, <br> Commissioner of Social Security, <br>       Defendant. | No. 8:23-cv-00559-BFM <br><br> **JUDGMENT** |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is **DISMISSED WITH PREJUDICE**.

DATED: January 26, 2024

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE